ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 2 4 2014

CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES OF AMERICA

v.

JESSE LEE BELL    (1)
DEUNDRAE LYDELL MILLER (2)

NO.

3 - 14 CR - 3 7 6 - N

## INDICTMENT

The Grand Jury Charges:

### Count One
Interference with Commerce by Robbery; Aiding and Abetting
(Violation of 18 U.S.C. §§ 1951 and 2)

On or about June 2, 2014, in the Dallas Division of the Northern District of Texas,

the defendants, **Jesse Lee Bell** and **Deundrae Lydell Miller**, aiding and abetting one

another, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and

affect, commerce, as that term is defined in 18 U.S.C. § 1951, and the movement of

articles and commodities in such commerce, by robbery, as that term is defined in 18

U.S.C. § 1951, in that the defendants, **Jesse Lee Bell** and **Deundrae Lydell Miller**, did

unlawfully take and obtain personal property, consisting of United States currency, from

the person and in the presence of A.W. and W.C., in their capacity as employees of

Whataburger (Store #866), located at 501 E. Highway 67, Duncanville, Texas, and against

**Indictment - Page 1**

their will by means of actual and threatened force, violence, and fear of immediate injury

to their person, that is by brandishing a firearm.

In violation of 18 U.S.C. §§ 1951 and 2.

Count Two
Interference with Commerce by Robbery; Aiding and Abetting
(Violation of 18 U.S.C. §§ 1951 and 2)

On or about June 7, 2014, in the Dallas Division of the Northern District of Texas,

the defendants, **Jesse Lee Bell** and **Deundrae Lydell Miller**, aiding and abetting one

another, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and

affect, commerce, as that term is defined in 18 U.S.C. § 1951, and the movement of

articles and commodities in such commerce, by robbery, as that term is defined in 18

U.S.C. § 1951, in that the defendants, **Jesse Lee Bell** and **Deundrae Lydell Miller**, did

unlawfully take and obtain personal property, consisting of United States currency, from

the person and in the presence of A.A., in her capacity as an employee of Whataburger

(Store #305), located at 3200 N. Town East Blvd., Mesquite, Texas, and against her will

by means of actual and threatened force, violence, and fear of immediate injury to her

person, that is by brandishing a firearm.

In violation of 18 U.S.C. §§ 1951 and 2.

Indictment - Page 3

<u>Count Three</u>
Using, Carrying, and Brandishing a Firearm
During and in Relation to a Crime of Violence; Aiding and Abetting
(Violation of 18 U.S.C. §§ 924(c)(1)(C)(i) and 2)

On or about June 7, 2014, in the Dallas Division of the Northern District of Texas,

the defendants, **Jesse Lee Bell** and **Deundrae Lydell Miller**, aiding and abetting one

another, did knowingly use, carry and brandish a firearm during and in relation to a crime

of violence, namely interfering with commerce by robbery, in violation of 18 U.S.C. §

1951, as alleged in Count Two of this indictment, for which the defendants may be

prosecuted in a court of the United States.

In violation of 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2.

<u>Count Four</u>
Interference with Commerce by Robbery; Aiding and Abetting
(Violation of 18 U.S.C. §§ 1951 and 2)

On or about June 24, 2014, in the Dallas Division of the Northern District of

Texas, the defendants, **Jesse Lee Bell** and **Deundrae Lydell Miller**, aiding and abetting

one another, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and

affect, commerce, as that term is defined in 18 U.S.C. § 1951, and the movement of

articles and commodities in such commerce, by robbery, as that term is defined in 18

U.S.C. § 1951, in that the defendants, **Jesse Lee Bell** and **Deundrae Lydell Miller**, did

unlawfully take and obtain personal property, consisting of United States currency, from

the person and in the presence of M.T., in his capacity as an employee of Whataburger

(Store #390), located at 2943 N. Galloway Avenue, Mesquite, Texas, and against his will

by means of actual and threatened force, violence, and fear of immediate injury to his

person, that is by brandishing a firearm.

In violation of 18 U.S.C. §§ 1951 and 2.

<u>Count Five</u>
Using, Carrying, and Brandishing a Firearm
During and in Relation to a Crime of Violence; Aiding and Abetting
(Violation of 18 U.S.C. §§ 924(c)(1)(C)(i) and 2)

On or about June 24, 2014, in the Dallas Division of the Northern District of

Texas, the defendants, **Jesse Lee Bell** and **Deundrae Lydell Miller**, aiding and abetting

one another, did knowingly use, carry and brandish a firearm during and in relation to a

crime of violence, namely interfering with commerce by robbery, in violation of 18

U.S.C. § 1951, as alleged in Count Four of this indictment, for which the defendants may

be prosecuted in a court of the United States.

In violation of 18 U.S.C. §§ 924(c)(1)(C)(i) and 2.

<u>Count Six</u>
Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about June 24, 2014, in the Dallas Division of the Northern District of Texas, the defendant, **Jesse Lee Bell**, having being convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, to wit: a Taurus, Model PT638 Pro SA, .380 caliber pistol, bearing serial number KE083277.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## Count Seven
### Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about June 24, 2014, in the Dallas Division of the Northern District of Texas, the defendant, **Deundrae Lydell Miller**, having being convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, to wit: a Smith & Wesson, Model 31-2, .9mm pistol, bearing serial number A209735.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

<u>Notice of Forfeiture</u>
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for either of the offenses alleged in Count Eight of this indictment, the defendant, **Deundrae Lydell Miller**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), any and all firearms and ammunition involved or used in the respective offenses.

This property includes, but is not limited to, the following:

1. A Smith & Wesson, Model 31-2, .9mm pistol, bearing serial number A209735, and any ammunition contained therein.

A TRUE BILL

_Angela Beard_
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

LISA J. MILLER
Assistant United States Attorney
Oklahoma State Bar No. 16795
1100 Commerce Street, Third Floor
Dallas, Texas   75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8809
Lisa.Miller@usdoj.gov

**Indictment - Page 10**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

JESSE LEE BELL (1)
DEUNDRAE LYDELL MILLER (2)

INDICTMENT

18 U.S.C. §§ 1951 and 2
Interference with Commerce by Robbery
Aiding and Abetting

18 U.S.C. §§ 924(c)(1)(C)(i) and 2
Using, Carrying, and Brandishing a Firearm
During and in Relation to a Crime of Violence
Aiding and Abetting

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
Felon in Possession of a Firearm

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

(7 COUNTS)

A true bill rendered

------------------------------------------------------------------------------------------------
DALLAS                        *Angela Brand*                        FOREPERSON

Filed in open court this 24th day of September, 2014

------------------------------------------------------------------------------------------------

**WARRANT TO ISSUE FOR BOTH DEFENDANTS**

------------------------------------------------------------------------------------------------

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
(No Criminal Case Pending)